FILED

UNITED STATES COURT OF APPEALS

FEB 17 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: GENE ALLEN, | No. 09-80097 |
|---|---|
| Respondent. | DC# CV-11-742-ECR<br>Nevada (Reno) |
| | ORDER |

Before: SCHROEDER, LEAVY, and CLIFTON, Circuit Judges.

This court has reviewed the petition for writ of habeas corpus and accompanying documents, transferred to this court from the district court on January 27, 2012 as an application for leave to file a second or successive habeas corpus petition, pursuant to the pre-filing review order entered in this docket. Because the application is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). All pending motions and requests for relief are denied.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding this order shall be filed or entertained.

SVG/Pro Se